IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK,<br><br>    Respondent. | No.  2:24-CV-2135-DMC-P<br><br>ORDER |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.

A review of the docket for Petitioner's other cases reflects that the instant action was opened in error.  The petition in this case, filed on August 8, 2024, bears the case number 2:24-cv-1627-AC (HC) and appears to be Petitioner's third amended petition ordered in that case by Judge Allison Claire on July 26, 2024.  See ECF No. 13 in case no. 2:24-cv-1627-AC (HC). The Clerk of the Court will be directed to file the original petition in this case as a third amended petition on case no. 2:24-cv-1627-AC (HC) and to close this action.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to file the original petition in this case as a third amended petition in case no. 2:24-cv-1627-AC (HC), filed as of August 8, 2024.

2. The Clerk of the Court is further directed to close the above-captioned action as having been opened in error.

Dated:  September 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE