1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CECIL JEROME HATCHETT,                    No.  2:24-CV-2135-DMC-P

12                    Petitioner,

13         v.                                  <u>ORDER</u>

14   KEN CLARK,

15                    Respondent.

16

17             Petitioner, a prisoner proceeding pro se, brought this petition for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  Pending before the Court in this closed case is Petitioner's

19   motion requesting bail.  <u>See</u> ECF No. 15.  On September 20, 2024, the Court directed that this

20   action be closed as having been opened in error.[1]  <u>See</u> ECF No. 8.  The Clerk of the Court is

21   therefore directed to terminate ECF No. 15 as a pending motion.

22             IT IS SO ORDERED.

23

24   Dated:  December 12, 2024

25                                             _____

26                                             DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE

27   _____

28        [1]      The petition in this case, filed on August 8, 2024, bears the case number 2:24-cv-1627-AC (HC)
     and appears to be Petitioner's third amended petition ordered in that case by Judge Allison Claire on July 26, 2024.
     <u>See</u> ECF No. 13 in case no. 2:24-cv-1627-AC (HC).

                                              1